**Appeal Dismissed and Memorandum Opinion filed September 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00624-CV

_____

## VAN CUONG NGUYEN, Appellant

## V.

## KIM TRANG NGUYEN, Appellee

_____

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-FM-12-006576**

_____

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed by the associate judge on June 5, 2018, and adopted by the district judge on June 6, 2018. The notice of appeal was filed June 25, 2018.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On August 7, 2018, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Further, our records show appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On August 23, 2018, this court ordered appellant to pay the appellate filing fee by September 4, 2018, or the appeal would be dismissed. The filing fee has not been paid.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.

2